NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACRO-Z TECHNOLOGY,**
*Appellant*

**v.**

**RAYMOND E. MABUS, SECRETARY OF THE NAVY,**
*Appellee*

---

2015-1025

---

Appeal from the Armed Services Board of Contract Appeals in No. 56711, Administrative Judge Mark A. Melnick, Administrative Judge David W. James, Jr., Administrative Judge Mark N. Stempler.

---

**JUDGMENT**

---

JAMES FRANCIS NAGLE, Oles Morrison Rinker & Baker LLP, Seattle, WA, argued for appellant.

JAMES PATRICK CONNOR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE; ROBYN L. HAMADY, General Litigation

Division, United States Department of the Navy, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td> July 13, 2015 </td><td>/s/  Daniel  E.  O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole<br>Clerk of Court</td></tr>
</table>